## Majcher *v.* Bronder, Appellant.

Argued October 3, 1960. Before Jones, C. J., Mus-
manno, Jones, Cohen, Bok and Eagen, JJ.

*Walter J. Wagner,* for appellant.

*A. E. Rosenfield,* for appellee.

Opinion Per Curiam, November 15, 1960:
The judgment is affirmed on the opinion of Judge
Duff, reported in 22 Pa. D. & C. 2d 218.